UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARIA BAGLIO, individually,

                      Plaintiff,

v.

BURGEROLOGY ASTORIA LLC,

                      Defendant.

**NOTICE OF APPEARANCE**

Case No.: 1:20-cv-1522

Please enter the appearance of the undersigned as counsel on behalf of Defendant, Burgerology Astoria LLC, in the above-captioned matter.

Dated: May 12, 2020

**HARRIS BEACH PLLC**

By:     *s/ Scott D. Piper*
Scott D. Piper, Esq. (SP5386)
*Attorneys for Defendant Burgerology Astoria LLC*
99 Garnsey Road
Pittsford, New York 14534
Phone: (585) 419-8800
Fax: (585) 419-8817
spiper@harrisbeach.com

TO:   Gregory Antollino, Esq.
*Attorney for Plaintiff*
275 Seventh Avenue, Seventh Floor
New York, New York 10001
(212) 334-7397
gantollino@gmail.com